**John D. THOMAS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 46455.**

Missouri Court of Appeals,
Western District.

Feb. 2, 1993.

Lorry L. Kohrs, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Michael J. Runzi, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and SPINDEN, JJ.

ORDER

PER CURIAM.

Defendant appeals from the denial of his Rule 24.035 motion for post-conviction relief, without an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).

**Charles RENTSCHLER, Appellant,**

v.

**Terry Jo RENTSCHLER, Respondent.**

**No. WD 46808.**

Missouri Court of Appeals,
Western District.

Feb. 2, 1993.

Charles Rentschler, pro se.

Steve A. Matalone, II, Kansas City, for respondent.

Before KENNEDY, P.J., and BERREY and SPINDEN, JJ.

ORDER

PER CURIAM.

Appeal from a decree of annulment.

Affirmed. Rule 84.16(b).